DAVID M. WALSH (CA SBN 120761)
DWalsh@mofo.com
PURVI G. PATEL (CA SBN 270702)
PPatel@mofo.com
KAI S. BARTOLOMEO (CA SBN 264033)
KBartolomeo@mofo.com
MORRISON & FOERSTER LLP
707 Wilshire Boulevard
Los Angeles, California 90017-3543
Telephone: 213.892.5200
Facsimile: 213.892.5454

Attorneys for Defendant
APPLE INC.

ROSE F. LUZON (CA SBN 221544
rluzon@sfmslaw.com
JAMES C. SHAH (CA SBN 260435)
jshah@sfmslaw.com
SHEPHERD, FINKELMAN, MILLER & SHAH, LLP
401 West A Street, Suite 2350
San Diego, California 92101
Telephone: 619.235.2416
Facsimile: 619.234.7334

Attorneys for Plaintiff
RENDELL ROMAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RENDELL ROMAN,<br><br>        Plaintiff,<br><br>  v.<br><br>APPLE INC.,<br><br>        Defendant. | Case No.   C 13-05437 PSG<br><br>**CLASS ACTION**<br><br>**JOINT STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>**[N.D. CAL. CIVIL L.R. 6-1(a)]**<br><br>Courtroom 5 – 4th Floor<br>Hon. Paul Singh Grewal<br><br>Complaint Filed:  November 22, 2013<br>Trial Date:  None Set |

1 | Pursuant to Civil Local Rule 6-1(a), Plaintiff Rendell Roman and Defendant Apple Inc., through their respective attorneys, hereby stipulate as follows:

WHEREAS, Plaintiff filed his Class Action Complaint in this case on November 22, 2013;

WHEREAS, the parties have agreed that Apple shall have additional time to respond to the Class Action Complaint;

WHEREAS, there have been no previous modifications of any deadlines in this case, and the stipulated extension does not affect the initial case management conference, currently scheduled for March 4, 2014, or any other existing date or deadline.

Pursuant to Local Rule 6-1(a), IT IS HEREBY STIPULATED AND AGREED by the parties that the last day for Apple to answer or otherwise respond to the Class Action Complaint shall be extended by thirty days to January 16, 2014.

Dated: December 18, 2013

DAVID M. WALSH
PURVI G. PATEL
KAI S. BARTOLOMEO
MORRISON & FOERSTER LLP

By: /s/ David M. Walsh
　　　DAVID M. WALSH

Attorneys for Defendant
APPLE INC.

Dated: December 18, 2013

ROSE F. LUZON
JAMES C. SHAH
SHEPHERD, FINKELMAN, MILLER & SHAH, LLP

By: /s/ Rose F. Luzon
　　　ROSE F. LUZON

Attorneys for Plaintiff
RENDELL ROMAN

1  I, David M. Walsh, am the ECF user whose ID and password are being used to file this
2  Joint Stipulation to Extend Time to Respond to Complaint. In compliance with Civil Local Rule
3  5-1(i)(3), I hereby attest that Rose F. Luzon has concurred in this filing.

Dated: December 18, 2013

DAVID M. WALSH
PURVI G. PATEL
KAI S. BARTOLOMEO
MORRISON & FOERSTER LLP

By: /s/ David M. Walsh
        DAVID M. WALSH

        Attorneys for Defendant
        APPLE INC.