DAVID M. WALSH (CA SBN 120761)
DWalsh@mofo.com
PURVI G. PATEL (CA SBN 270702)
PPatel@mofo.com
KAI S. BARTOLOMEO (CA SBN 264033)
KBartolomeo@mofo.com
MORRISON & FOERSTER LLP
707 Wilshire Boulevard
Los Angeles, California 90017-3543
Telephone: 213.892.5200
Facsimile: 213.892.5454

Attorneys for Defendant
APPLE INC.

ROSE F. LUZON (CA SBN 221544
rluzon@sfmslaw.com
JAMES C. SHAH (CA SBN 260435)
jshah@sfmslaw.com
SHEPHERD, FINKELMAN, MILLER & SHAH, LLP
401 West A Street, Suite 2350
San Diego, California 92101
Telephone: 619.235.2416
Facsimile: 619.234.7334

Attorneys for Plaintiff
RENDELL ROMAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RENDELL ROMAN,<br><br>              Plaintiff,<br><br>     v.<br><br>APPLE INC.,<br><br>              Defendant. | Case No.   C 13-05437 WHA<br><br>**CLASS ACTION**<br><br>***THIRD* JOINT STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>**[N.D. CAL. CIVIL L.R. 6-1(a)]**<br><br>Courtroom 8 - 19th Floor<br>Hon. William H. Alsup<br><br>Complaint Filed:  November 22, 2013<br>Trial Date:  None Set |

1  Pursuant to Civil Local Rule 6-1(a), Plaintiff Rendell Roman and Defendant Apple Inc.,
2  through their respective attorneys, hereby stipulate as follows:
3  WHEREAS, Plaintiff filed his Class Action Complaint in this case on November 22,
4  2013;
5  WHEREAS, on December 18, 2013, the parties stipulated to allow Apple additional time
6  to respond to the Complaint;
7  WHEREAS, on January 3, 2014, this case was transferred from the Hon. Paul S. Grewal
8  and reassigned to the Hon. William H. Alsup for all further proceedings. [Dkt. No. 14.] The
9  Order for reassignment also vacated all existing dates and deadlines. No further dates or
10 deadlines have been scheduled in this action;
11 WHEREAS, on January 14, 2014, the parties stipulated to allow Apple additional time to
12 respond to the Complaint. Apple's response to the Complaint is currently due on January 30,
13 2014;
14 WHEREAS, the parties agree that Apple's deadline to respond to the Complaint shall be
15 extended from January 30, 2014, to February 28, 2014;
16 WHEREAS, the stipulated extension does not affect any existing dates or deadlines,
17 which were vacated pursuant to the January 3, 2014 Order for reassignment.
18 Pursuant to Local Rule 6-1(a), IT IS HEREBY STIPULATED AND AGREED by the
19 parties that the last day for Apple to answer or otherwise respond to the Class Action Complaint
20 shall be extended from January 30, 2014, to February 28, 2014.
21
22
23
24
25
26
27
28

THIRD JT. STIP. TO RESPOND TO COMPL. C 13-05437 WHA    1
la-1237355

| | | |
|---|---|---|
| 1 | Dated: January 29, 2014 | DAVID M. WALSH |
| 2 | | PURVI G. PATEL |
| | | KAI S. BARTOLOMEO |
| 3 | | MORRISON & FOERSTER LLP |

By: /s/ David M. Walsh
       DAVID M. WALSH

   Attorneys for Defendant
   APPLE INC.

Dated: January 29, 2014      ROSE F. LUZON
                             JAMES C. SHAH
                             SHEPHERD, FINKELMAN, MILLER &
                             SHAH, LLP

By: /s/ Rose F. Luzon
       ROSE F. LUZON

   Attorneys for Plaintiff
   RENDELL ROMAN

THIRD JT. STIP. TO RESPOND TO COMPL. C 13-05437 WHA
la-1237355

2

1  I, David M. Walsh, am the ECF user whose ID and password are being used to file this Third Joint Stipulation to Extend Time to Respond to Complaint. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that Rose F. Luzon has concurred in this filing.

Dated: January 29, 2014

DAVID M. WALSH
PURVI G. PATEL
KAI S. BARTOLOMEO
MORRISON & FOERSTER LLP

By: /s/ David M. Walsh
    DAVID M. WALSH

Attorneys for Defendant
APPLE INC.