1  ROSE F. LUZON (SBN 221544)
   SHEPHERD, FINKELMAN, MILLER
2  & SHAH, LLP
   401 West A Street, Suite 2350
3  San Diego, California 92101
   Telephone: 619-235-2416
4  Facsimile: 619-234-7334
   Email: rluzon@sfmslaw.com
5

6  *Attorneys for Plaintiff and the Proposed Class*

7  [Additional Counsel Listed on Signature Page]

8
   **IN THE UNITED STATES DISTRICT COURT**
9
   **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
10

11

12 RENDELL ROMAN, Individually )   CASE NO.  13-05437 WHA
   And On Behalf of All Others  )
   Similarly Situated,          )
13                              )   **NOTICE OF VOLUNTARY DISMISSAL**
              Plaintiff,        )   **PURSUANT TO RULE 41(a)**
14       v.                     )
                                )
15 APPLE, INC.,                 )
                                )
16            Defendant.        )
                                )
17

18      Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff, Rendell Roman,

19 voluntarily dismisses this action without prejudice.

20

21 Dated: February 26, 2014       By:   /s/ Rose F. Luzon
                                        ROSE F. LUZON (SBN 221544)
22                                      SHEPHERD, FINKELMAN, MILLER
                                        & SHAH, LLP
23                                      401 West A Street, Suite 2350
                                        San Diego, CA  92101
24                                      Telephone: 619-235-2416
                                        Facsimile: 619-234-7334
25                                      rluzon@sfmslaw.com

26                                      JAMES C. SHAH (SBN 260435)
                                        SHEPHERD, FINKELMAN, MILLER
27

28
                                              NOTICE OF VOLUNTARY DISMISSAL
                                                    PURSUANT TO RULE 41(a)
                                  1                          13-05437 WHA

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

& SHAH, LLP
35 East State Street
Media, PA 19063
Telephone: (610) 891-9880
Facsimile: (610) 891-9883
jshah@sfmslaw.com
nfinkelman@sfmslaw.com

Attorneys for Plaintiff and
the Proposed Class

NOTICE OF VOLUNTARY DISMISSAL
PURSUANT TO RULE 41(a)
13-05437 WHA

2

**CERTIFICATE OF SERVICE**

    I, the undersigned attorney, hereby certify that a copy of the foregoing NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO RULE 41(a) was served on all counsel of record via the Court's CM/ECF system on this 26th day of February 2014.

                                        /s/ Rose F. Luzon
                                        ROSE F. LUZON (SBN 221544)